UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMY LYNN-TRIMBLE POSTMA,

    Defendant.

_____/

Case No. 2:24-cr-1

HON. JANE M. BECKERING

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed on February 14, 2024 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 9) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the single-count Felony Information.

3. The written plea agreement and the additional verbal promise made by the Government on the record at the February 14, 2024 plea hearing are hereby continued under advisement pending sentencing.

Dated:  February 29, 2024

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge